BETTY L. KIMMEL, Respondent, v STATE OF NEW YORK et al., Appellants. EMMELYN LOGAN-BALDWIN, Interested Party-Respondent.

Submitted May 9, 2016; decided June 23, 2016

Motion by Empire Justice Center et al. for leave to appear amici curiae on the appeal herein granted only to the extent that the proposed brief is accepted as filed. Three copies of the brief must be served and an original and nine copies filed within seven days.

Judges PIGOTT and FAHEY taking no part.

MANJULA PATEL, Respondent, v VINOD PATEL, Appellant.

Submitted May 23, 2016; decided June 23, 2016

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution. Motion for poor person relief dismissed as academic.

THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v JEFFREY BRYANT, Respondent.

Submitted June 20, 2016; decided June 23, 2016

Motion for assignment of counsel granted and Robert S. Dean, Esq., Center for Appellate Litigation, 120 Wall Street, 28th Floor, New York, NY 10005 assigned as counsel to the respondent on the appeal herein.